UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

————

LISA POSTHUMUS LYONS,
Kent County Clerk,

      Petitioner,

                                 Case No. 1:22-cv-1191

v.

                                 Hon. Hala Y. Jarbou
                                 Hon. Phillip J. Green

MY PILLOW, INC., and
MICHAEL J. LINDELL,

      Respondents.
_____/

## **ORDER**

This matter is before the Court on Petitioner's Bill of Costs and Statement of Attorneys' Fees. (ECF No. 18). On November 29, 2022, the Court granted Petitioner's Motion to Quash Subpoena and for Sanctions. (Order, ECF No. 16). The Court ordered Petitioner to file a petition for attorneys' fees and costs associated with the motion to quash. (*Id.* at PageID.546). Petitioner timely complied. (ECF No. 18).

Petitioner is seeking a total of $23,997.00 in fees incurred as the result of the work of three attorneys, as well as $49.00 in costs (the filing fee). The petition is deficient in that it fails to differentiate the work done by each of the three attorneys. Each of the three attorneys claim different hourly rates. Without the billing records, this Court cannot adequately review the fee petition to determine the reasonableness of the amount claimed. Accordingly,

**IT IS ORDERED** that Petitioner shall, within five days of the date of this Order, file a copy of the relevant billing records, which records shall include the identity of the attorney performing each of the respective tasks associated with the motion to quash.

**IT IS FURTHER ORDERED** that Respondents may, within five days of the filing of the billing records, file a supplemental response to the fee petition.

**IT IS SO ORDERED.**

Date: January 2, 2023                    /s/ Phillip J. Green
                                         PHILLIP J. GREEN
                                         United States Magistrate Judge