# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LISA POSTHUMUS LYONS, | Case No. 1:22-cv-01191-HYJ-PJG |
| Petitioner/Appellee, | |
| v. | |
| MY PILLOW, INC., and MICHAEL LINDELL, | **NOTICE OF APPEAL** |
| Respondents/Appellants. | |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Respondents Michael J. Lindell and My Pillow, Inc., in the above-named case, appeal to the United States Court of Appeals for the Sixth Circuit.

The above-named parties appeal the Ordered entered by the U.S. District Court for the District of Western District of Michigan (ECF No. 39) on March 3, 2023.

DATED:  April 3, 2023.

**TAYLOR LAW FIRM, PLLC**
/s/ Alexandria J. Taylor
Alexandria J. Taylor (P75271)
19 Clifford Street
Detroit, MI 48226
Telephone: (313) 960-4339
Email: ataylor@taylawfirm.com

1

**PARKER DANIELS KIBORT LLC**
Matthew Eslick (MN Bar No. 0388494)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
eslick@parkerdk.com

*Counsel for Respondents*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically filed the foregoing instrument with the Court using the ECF System which will send notification of such filing to counsel of record.

Dated: April 3, 2023.                                                    By: */s/Matthew R. Eslick*